DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
STACEY A. LUCAS, State Bar #154345
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3949
Facsimile:    (415) 554-4248
E-Mail:       stacey.lucas@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT K. LEUNG, CHARLES C. CHAN, SEVERO N. FLORES, CONSTANTINE J. ZACHOS, ANGELO J. SPAGNOLI, JOSEPHINE N. BORGES, CLODAGH COLES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, HEATHER FONG, DOES 1 THROUGH 10, INCLUSIVE | Case No. C-06-6042 WHA<br><br>REQUEST TO EXCUSE CHIEF OF POLICE HEATHER FONG FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER |
|---|---|

Defendants request that Police Chief Heather Fong be excused from the settlement conference, set for June 27, 2007 in the chambers of Magistrate-Judge Maria-Elena James.

Good cause exists to excuse Chief Fong from appearing personally at the settlement conference. As the Police Chief for the City of San Francisco, Chief Fong's schedule is typically

1  booked with extremely high priority matters.  On June 27, the Board of Supervisors for the City and
2  County will be convening a hearing on the SFPD's budget for the upcoming fiscal year.  Chief Fong
3  will be meeting that morning with members of her staff and various personnel from the Budget
4  Committee, and then appearing at the hearing, which is set for 1 pm.  However, Chief Fong will
5  designate a representative to be present at the settlement conference who will have settlement
6  authority for the Police Department and the Chief.  Further, Chief Fong will be available
7  electronically.
8      In light of the forgoing, Defendants respectfully request the Court excuse Chief Fong from
9  appearing personally at the June 27 settlement conference.

Dated:  June 13, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
STACEY A. LUCAS
Deputy City Attorney

By:  _____/s/_____
STACEY A. LUCAS

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**:

Good cause appearing, Chief Heather Fong is excused from personally attending the settlement conference set for June 27, 2007.

Dated: 6/21/07

IT IS SO ORDERED
Judge Maria-Elena James
United States Magistrate-Judge

[PROPOSED] ORDER
CASE NO. C-06-6042 WHA

2

n:\labor\li2006\070283\00419667.doc