**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT K. LEUNG, CHARLES C. CHAN, SEVERO N. FLORES, CONSTANTINE J. ZACHOS, ANGELO J. SPAGNOLI, JOSEPHINE N. BORGES, CLODAGH COLES,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, HEATHER FONG, and DOES 1 through 10, inclusive,

    Defendants.

No. C 06-06042 WHA

**ORDER SETTING HEARING**

The Court is in receipt of defendant's letters of October 3 and 19, which was neither filed nor was a hard copy received. A hearing is set for **OCTOBER 24, 2007, AT 3:30 P.M.** in Courtroom No. 9, at 450 Golden Gate Avenue, in San Francisco. Plaintiffs' response is due by **9:00 A.M. ON OCTOBER 24, 2007**.

**IT IS SO ORDERED.**

Dated: October 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE