DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
STACEY A. LUCAS, State Bar #154345
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3949
Facsimile: (415) 554-4248
E-Mail: stacey.lucas@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT K. LEUNG, CHARLES C. CHAN, SEVERO N. FLORES, CONSTANTINE J. ZACHOS, ANGELO J. SPAGNOLI, JOSEPHINE N. BORGES, CLODAGH COLES, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, HEATHER FONG, DOES 1 THROUGH 10, INCLUSIVE | Case No. C-06-6042 WHA <br><br>[PROPOSED] ORDER RE: DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S REQUEST TO DISQUALIFY PLAINTIFFS' EXPERTS |
|---|---|

Defendant City and County of San Francisco's request to exclude plaintiffs' expert witnesses, Dr. Edward Miranda, MD and Dr. Michael Mark Nash, PhD, came on for hearing on October 24, 2007. Plaintiff were represented by Greg Walston of the Walston Law Group; Defendants by Deputy

1  City Attorney Stacey Lucas.  Upon consideration of the arguments of counsel, the COURT HEREBY
2  ORDERS:
3      Defendants' motion to disqualify Dr. Miranda is granted.  Plaintiffs may move the Court to
4  reinstate Dr. Miranda as an expert.  If  Plaintiffs elect to so move, their briefing shall be filed and
5  served by Friday, October 26, 2007; Defendants Opposition to be filed and served by Monday,
6  October 29, 2007.  The hearing is set for Wednesday, October 31, 2007 at 3:00 pm
7      Defendants may file a motion to disqualify Dr. Nash.  If they opt to do so, their briefing shall
8  be filed and served by Friday, October 26, 2007; Plaintiffs' Opposition to be filed and served by
9  Monday, October 29, 2007.  The hearing is set for Wednesday, October 31, 2007 at 3:00 pm.

11      IT IS SO ORDERED

13  Dated: _October 28, 2007.



_____
Hon. William A. Alsup
United States District Judge

[PROPOSED] ORDER
CASE NO. C-06-6042 WHA

2

n:\labor\li2006\070283\00445717.doc