United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. LEUNG, CHARLES C. CHAN, SEVERO N. FLORES, CONSTANTINE J. ZACHOS, ANGELO J. SPAGNOLI, JOSEPHINE N. BORGES, CLODAGH COLES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, HEATHER FONG, and DOES 1–10, inclusive,<br><br>Defendants. | No. C 06-06042 WHA<br><br>**REQUEST RE ORAL ARGUMENT** |

At the hearing on December 20, 2007, both parties should be prepared to address who has the burden of proof for California Government Code § 3304 and Section 1983. Do plaintiffs have the burden to show impermissible purpose or do defendants have the burden to show permissible purpose when making promotion decisions?

Dated: December 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE